**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| LAN TU TRINH, | : | No. 585 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KATHLEEN TRINH & LT | : | |
| INTERNATIONAL BEAUTY SCHOOL | : | |
| INC., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of June, 2018, the Petition for Allowance of Appeal, Petition for Leave to File Response, and Petition for Leave to Amended Petition for Allowance of Appeal are **DENIED**.